# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| **Chad Tate,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:23-cv-00331-FDW |
| | ) | 3:20-cr-00403-FDW-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2023 Order.

June 21, 2023

Katherine Hord Simon, Clerk
United States District Court